# Criminal Case Cover Sheet     FILED: | REDACTED |     <span style="float:right">U.S. District Court</span>

**Place of Offense:**     ☐ **Under Seal**     **Judge Assigned:** [ ]

City: [ ]     Superseding Indictment: [ ]     **Criminal No.** [ ]

County: Fairfax     Same Defendant: [ ]     New Defendant: [ ]

Magistrate Judge Case No. 1:20-MJ-3     **Arraignment Date:** [ ]

Search Warrant Case No. [ ]     R. 20/R. 40 From: [ ]

## Defendant Information:

**Defendant Name:** Gurpreet Singh Bajwa     Alias(es): [ ]     ☐ Juvenile   FBI No. [ ]

**Address:** Oakton, Virginia

Employment: [ ]

**Birth Date:** xx/xx/xxxx   **SSN:** xxx-xx-xxxx   **Sex:** Male   Race: Asian   Nationality: USA

**Place of Birth:** USA   Height: [ ]   Weight: [ ]   Hair: black   Eyes: brown   Scars/Tattoos: [ ]

☐ **Interpreter**   **Language/Dialect:** English   Auto Description: [ ]

## Location/Status:

**Arrest Date:** [ ]     ☐ Already in Federal Custody as of: [ ]   in: [ ]

☐ Already in State Custody   ☐ On Pretrial Release   ☒ Not in Custody

☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond [ ]

## Defense Counsel Information:

**Name:** [ ]   ☐ Court Appointed   Counsel Conflicts: Mark Petrovich

**Address:** [ ]   ☐ Retained   Amy Bradley

**Phone:** [ ]   ☐ Public Defender   ☒ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** AUSA Katherine E. Rumbaugh   **Phone:** (703) 299-3700   Bar No. [ ]

## Complainant Agency - Address & Phone No. or Person & Title:

FBI Special Agent James G. Moran, Jr.

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 21 USC 841 | distribution of Adderall | 1 | felony |
| Set 2: | | | | |
| Date: | | AUSA Signature: | | *may be continued on reverse* |