AO 442 (Rev. 11/11) Arrest Warrant



# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| GURPREET SINGH BAJWA | ) Case No. 1:20-MJ-3 |
| | ) |
| | ) **UNDER SEAL** unsealed upon arrest |
| | ) |
| Defendant | ) |

**ORIGINAL USMS**

**ORIGINAL USMS**

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  GURPREET SINGH BAJWA ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Distribution of Dextroamphetamine-Amphetamine (brand name "Adderall"), in Violation of Title 21, United States Code, Section 841(a)(1).

Date: 01/07/2020

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
*Issuing officer's signature*

City and state: Alexandria, Virginia

The Honorable Theresa Carroll Buchanan
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/7/2020 , and the person was arrested on *(date)* 1/8/2020
at *(city and state)* Oakton, VA .

Date: 1/8/2020

*Arresting officer's signature*

JIM MORAN, FBI
*Printed name and title*